BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
DANIEL S. McCONKIE
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731



FILED

SEP 0 9 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

SHIRAZ MALIK,

　　　　Defendant.

CASE NO. 2:09-MJ-0281 GGH

**GOVERNMENT'S MOTION TO UNSEAL SECOND AMENDED COMPLAINT, AMENDED COMPLAINT, AND COMPLAINT; ORDER**

　　　　The United States hereby moves to unseal the Second Amended Complaint and Arrest Warrant and the previous versions (Amended Complaint and Complaint along with their accompanying Arrest Warrants) in the above matter. The filings were previously sealed because the defendant was likely to flee to avoid prosecution should he become aware of the charges. The defendant was arrested today on a Provisional Arrest Warrant in the Czech Republic and the government will be proceeding with the extradition process. So, sealing of the documents is no longer necessary and the government hereby requests that they be ordered unsealed.

Dated: September 8, 2011

BENJAMIN B. WAGNER
United States Attorney

*/s/ Richard J. Bender*
by: Richard J. Bender
Assistant United States Attorney

1

1 | [Government's motion to unseal Complaints in Case No. 2:09-MJ-0281 (page two)]
2 |
3 | It is SO ORDERED,
4 | this 8th day of September, 2011

*[signature]*
DALE A. DROZD
U.S. Magistrate Judge